AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
SEP 06 2007
NOR[THERN]
SAN JOSE COURT
CALIFORNIA

UNITED STATES OF AMERICA
V.

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00572 JW

I, __Miguel Valdez-Zarco__, the above named defendant, who is accused of

8 U.S.C. § 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/6/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Miguel Valdez Zarco_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer