UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 9/17/2007  
**Case No:** CR-07-0572 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Miguel Valdez-Zarco ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schnek  
**Attorney(s) for Defendant(s):** Cynthia Lie

## PROCEEDINGS

1. Disposition
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held.  Defendant Valdez-Zarco present and in custody for proceedings.  The Defendant was aided by a Spanish language interpreter for proceedings.  The Defendant plead guilty as to Count 1 of the Information.  A plea agreement was executed in open court.  The Defendant is sentenced as to Count 1 of the Information .  The Defendant is committed to 2 months BOP custody, 3 years supervised release, $100 special assessment.

_Elizabeth C. Garcia_  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed/C. Escolano**  
CC: