11/16/2007 08:34 PM EDT

Version 7.0

## Case Debt Type Payment Report
### U.S. Courts

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MIGUEL VALDEZ-ZARCO | DCAN507CR000572 | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461100207I | 0 | PR | 100.00 | 11/13/2007 |

Division Payment Total    100.00

Grand Total    100.00

FILED
NOV 26 2007

$100.00 SPECIAL ASSESSMENT PAID IN FULL ON 11/13/07

Page 1 of 1